1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID MICHAEL AARON BAKER,

          Plaintiff,

   v.

BERNARD EDWARD WARNER,
JEFFREY A. UTTECHT,

          Defendants.

CASE NO. C15-5298 RJB-KLS

ORDER DENYING MOTION FOR SERVICE

    Before the Court is Plaintiff's motion to have the clerk serve Defendant Warner with the complaint. Dkt. 8.

    On May 5, 2015, Defendants Bernard Edward Warner and Jeffrey A. Uttecht filed a notice of removal of Plaintiff's Thurston County Superior Court case (No. 15-2-00339-6) to this Court and provided a notice of the removal to Plaintiff David Michael Aaron Baker. Dkts. 1 and 2. On the same day, Defendants filed their answer to Plaintiff's complaint. Dkt. 3. On May 18, 2015, Mr. Baker filed a motion requesting that the Clerk serve Defendant Bernard Warner with a summons and his complaint. Dkt. 8.

    Because Defendant Warner has filed an answer to the complaint, the motion for service is not necessary. Accordingly, it is **ORDERED:**

ORDER DENYING MOTION FOR SERVICE- 1

1   (1) Plaintiff's motion for service of the summons and complaint on Defendant
2   Bernard Warner (Dkt. 8) is **DENIED**.
3   (2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for
4   Defendants.
5   DATED this 2nd day of July, 2015.

Karen L. Strombom
United States Magistrate Judge