UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID MICHAEL AARON BAKER,

                Plaintiff,

   v.

BERNARD EDWARD WARNER,
JEFFREY A. UTTECHT,

               Defendants.

No. C15-5298 RJB-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation (Dkt. 10).

    (2)    Plaintiff's motion for remand (Dkt. 7) is **DENIED**.

    (3)    This matter is re-referred to Magistrate Judge Karen L. Strombom for further proceedings.

    (4)    The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this 29th day of July, 2015.

                                ROBERT J. BRYAN
                                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1