UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID MICHAEL AARON BAKER,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD EDWARD WARNER,<br>JEFFREY A. UTTECHT<br><br>Defendants. | CASE NO. C15-5298 RJB-KLS<br><br>ORDER REGARDING "NOTE FOR MOTION TO DOCKET" (DKT. 41) |

Plaintiff David Baker moves the Court "to hear" his motions, including a motion to compel and a motion to take deposition. Dkt. 41. The Court has denied Plaintiff's motion to compel. Dkt. 20. Plaintiff's motion to take deposition is noted for the Court's consideration on December 18, 2015. Dkt. 40. It is not necessary for Plaintiff to file a separate motion to note his motions for the Court's consideration as the noting date is set at the time of filing.

Accordingly, it is **ORDERED** that Plaintiff's motion (Dkt. 41) is **DENIED as moot**. The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 15th day of December, 2015.

Karen L. Strombom
United States Magistrate Judge