UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID MICHAEL AARON BAKER,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD EDWARD WARNER, JEFFREY A. UTTECHT<br><br>Defendants. | CASE NO. C15-5298 RJB-KLS<br><br>ORDER MODIFYING PRETRIAL SCHEDULING ORDER |

Plaintiff David Baker moves to modify the Court's pretrial scheduling order (Dkt. 12) by extending the discovery deadline from January 29, 2016 until March 29, 2016. Dkt. 48. Defendants do not oppose the requested extension. Dkt. 54.

Accordingly, it is **ORDERED**:

1) Plaintiff's motion to modify (Dkt. 48) is **GRANTED;** the discovery deadline is extended from January 29, 2016 until **March 29, 2016**; and, the dispositive motions deadline is extended from March 31, 2016 until **May 23, 2016.**

(2) The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 25th day of January, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER MODIFYING PRETRIAL SCHEDULING
ORDER- 1